UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MISSISSIPPI RIVER
REVIVAL, INC. AND
WESTSIDE RIVER WATCH INC.,

Plaintiffs,

CIVIL NO. 01-1887 (DSD/JMM)

vs.

CITY OF ST. PAUL, MN,

Defendant.

---

CERTIFICATE PURSUANT TO 28 U.S.C. §2403

---

TO: THE HONORABLE JOHN D. ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES:

On behalf of this Court and pursuant to the provisions of 28 U.S.C. § 2403(a) and Rule 24(c) of the Federal Rules of Civil Procedure, I certify that in the above entitled case there is drawn into question the constitutionality of the citizen suit provision of the Clean Water Act, 33 U.S.C. § 1365(a), and the state permitting provision of the Clean Water Act, 33 U.S.C. § 1342(b), statutes affecting the public interest.

Dated: January 4, 2002

JOHN M. MASON
United States Magistrate Judge

FILED JAN 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______