UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1887(DSD/SRN)

Mississippi River Revival, Inc., West Side River Watch, Inc.,

Plaintiff,

v.

**ORDER**

City of Saint Paul, MN,

Defendant.

This matter is before the court upon the motion of the Minnesota Pollution Control Agency ("MPCA") for permission to participate as amicus curiae in the above entitled case and upon plaintiff's request to conduct discovery of the MPCA. Based upon a review of the file, record and proceedings herein, the court concludes that discovery is not warranted and grants the MPCA's motion for permission to participate as amicus curiae.

Dated: August 19, 2002

David S. Doty, Judge
United States District Court

FILED 8-20-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______