AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Mississippi River Revival, Inc. and West Side River Watch, Inc.

V.

City of St. Paul

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-1887 DSD/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiffs' motion for summary judgment is denied. Defendant's motion for summary judgment is granted and plaintiffs' claims are dismissed with prejudice.

December 12, 2002
Date

RICHARD D. SLETTEN, CLERK

(By) Julie M.Rustad, Deputy Clerk

Modified:11/20/02