UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1887(DSD/SRN)

Mississippi River Revival, Inc.
and West Side River Watch, Inc.,

Plaintiffs,

v. **ORDER**

City of St. Paul,

Defendant.

This matter is before the court upon plaintiffs' letter requesting the court reconsider its December 2, 2002 order granting the City of St. Paul's motion for summary judgment. Pursuant to Local Rule 7.1(g), motions to reconsider are prohibited except by express permission of the court, which will be granted only upon a showing of "compelling circumstances." Local Rule 7.1(g). After reviewing the file and the record, the court concludes that no compelling circumstances exist that would justify reconsideration of this matter. See Local Rule 7.1(g). Accordingly, **IT IS HEREBY ORDERED** that plaintiffs' request for permission to bring a motion to reconsider is denied.

Dated: January 10, 2003

David S. Doty, Judge
United States District Court

FILED 1-10-03
RICHARD D SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______